UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND EDWARD CHESTNUT, | : | CIVIL ACTION NO. 3:CV-13-1324 |
| Petitioner | : | |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| J. THOMAS, Warden, | : | |
| | : | |
| Respondent | : | |

**ORDER**

AND NOW, THIS 30th DAY OF MAY, 2013, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed in forma pauperis, (Doc. 2), is **GRANTED** for the purpose of filing the petition only.

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　/s/ William Nealon
　　　　　　　　　　　　　　　　　**United States District Judge**

FILED SCRANTON
MAY 30 2013
PER _____ DEPUTY CLERK